NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3154

SARAH Y. DUBOISE,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DE0831080403-I-1.

ON MOTION

Before PROST, Circuit Judge.

## O R D E R

Office of Personnel Management (OPM) moves to remand Sarah Y. Duboise's petition for review for additional proceedings. Duboise responds. OPM also moves without opposition for an extension of time to file its informal brief.

We deem the better course is for OPM to present in its brief any arguments concerning remand.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion to remand is denied.

(2)    The motion for an extension of time is granted. OPM's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

AUG 14 2009
_____
Date

cc:    Sarah Y. DuBoise
       Roger A. Hipp, Esq.
 s19

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 14 2009

JAN HORBALY
CLERK